IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
HUBERT BERTRAM CORBETT and  )
BRENDA HOVEY CORBETT,       )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )      3:22cv633-MHT
                            )           (WO)
STEVEN CLARENCE ARMSTRONG,  )
an individual; and GEORGIA  )
POWER COMPANY, a foreign    )
corporation,                )
                            )
    Defendants.             )
```

### ORDER

Based on the representations made on the record on November 30, 2023, and by agreement of the parties, it is ORDERED that plaintiffs' claims for negligent hiring, training, and supervision, wantonness, and punitive damages are dismissed with prejudice. Plaintiffs' claims for negligence and negligence per se against both defendants are the only ones that remain pending.

DONE, this the 4th day of December, 2023.

                                                  /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE