IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HUBERT BERTRAM CORBETT and ) <br> BRENDA HOVEY CORBETT, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> STEVEN CLARENCE ARMSTRONG, ) <br> an individual; and GEORGIA ) <br> POWER COMPANY, a foreign ) <br> corporation, ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 3:22cv633-MHT <br> (WO) |

**ORDER**

It is ORDERED that plaintiffs' motion for partial summary judgment (Doc. 30) is denied. Plaintiffs have failed to establish "that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law" on the issue of ratification. *See* Fed. R. Civ. P. 56(a).

DONE, this the 4th day of December, 2023.

                                   /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE